UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY D. JONES,<br><br>                 Plaintiff,<br><br>  v.<br><br>TACOMA POLICE DEPARTMENT,<br>KENNETH P. SMITH, HENRY BETTS,<br><br>                 Defendants. | No. C12-6065 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion for Summary Judgment (Dkt. 25) is **GRANTED;** and Plaintiff's claims against Defendants Henry Betts, Kenneth P. Smith, and the Tacoma Police Department are **Dismissed With Prejudice.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 8th day of January, 2014.

_Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1